UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:19-CV-13-EBA

KIMBERLY ANN SISK, PLAINTIFF,

V. **<u>JUDGMENT</u>**

ANDREW M. SAUL, Acting
Commissioner of Social Security Administration, DEFENDANT.

In compliance with Fed.R.Civ.P. 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)     the administrative decision is AFFIRMED; and

(2)     the above-styled action is STRICKEN from this Court's active docket.

Signed March 26, 2020.



Signed By:
Edward B. Atkins    EBA
United States Magistrate Judge